[No. 68319-5-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME JOVANY CRUZ-PELAYO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-8-01118-6, Ellen J. Fair, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68426-4-I.   Division One.   June 17, 2013.]

HALEY-MORGAN JONES, *Appellant*, v. PABLO E. HUARACHA-ANGEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-02230-1, John M. Meyer, J., entered February 7, 2012. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 68464-7-I.   Division One.   June 17, 2013.]

JOAQUIN A. MORAN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-16213-3, Regina S. Cahan, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 68494-9-I.   Division One.   June 17, 2013.]

RANJIV HAYRE ET AL., *Respondents*, v. DEAN STREET ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-11663-8, Michael Heavey, J., entered February 21, 2012. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.